UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AUBREY ORCUTT, | ) | Case No.: C 09-3447 PVT |
|---|---|---|
| Plaintiff, | ) | **ORDER** TO SHOW CAUSE WHY CASE SHOULD NOT BE TRANSFERRED TO THE SAN FRANCISCO/OAKLAND DIVISION OF THIS COURT; AND |
| v. | ) | |
| PROFESSIONAL RECOVERY SYSTEMS, | ) | **ORDER** CONTINUING CASE MANAGEMENT CONFERENCE |
| Defendants. | ) | |

From the complaint herein, it appears Plaintiff is a resident of Fremont in Alameda County, California, which is within the San Francisco/Oakland division of this court. Therefore,

IT IS HEREBY ORDERED that, no later than December 22, 2009, Plaintiffs shall file a brief showing cause, if any, why this case cases should not be transferred to the San Francisco/Oakland Division of this court. *See* Civil L.R. 3-2(c) & (d) and 3-5(b).

IT IS FURTHER ORDERED that the Case Management Conference is CONTINUED to January 12, 2010, subject to being vacated in the event these cases are transferred to the San Francisco/Oakland Division of this court.

Dated: *12/4/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*