1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12   AUBREY ORCUTT,                    )        Case No.: C 09-3447 PVT
                                       )
13               Plaintiff,            )        **ORDER** THAT CASE BE TRANSFERRED TO
                                       )        THE SAN FRANCISCO/OAKLAND DIVISION
14        v.                           )        OF THIS COURT
                                       )
15   PROFESSIONAL RECOVERY             )
     SYSTEMS,                          )
16                                     )
                 Defendants.           )
17   _____)

18        From the complaint herein, it appears Plaintiff is a resident of Fremont in Alameda County,

19   California, which is within the San Francisco/Oakland division of this court.  On December 7, 2009,

20   this court issued an order to show cause, if any, why this case cases should not be transferred to the

21   San Francisco/Oakland Division of this court.  No response was filed by the December 22, 2009

22   deadline to do so.  Therefore,

23        IT IS HEREBY ORDERED that this case be transferred to the San Francisco/Oakland

24   Division of this court.  *See* Civil L.R. 3-2(c) & (d) and 3-5(b).

25   Dated: *1/8/10*

26                                    _Patricia V. Trumbull_
                                      PATRICIA V. TRUMBULL
27                                    United States Magistrate Judge

28

                                ORDER, *page 1*