UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUBREY ORCUTT,<br><br>        Plaintiff,<br><br>   v.<br><br>PROFESSIONAL RECOVERY SYSTEMS,<br><br>        Defendants. | Case No.: C 09-3447 PVT<br><br>**ORDER** THAT CASE BE TRANSFERRED TO THE SAN FRANCISCO/OAKLAND DIVISION OF THIS COURT |

From the complaint herein, it appears Plaintiff is a resident of Fremont in Alameda County, California, which is within the San Francisco/Oakland division of this court.  On December 7, 2009, this court issued an order to show cause, if any, why this case cases should not be transferred to the San Francisco/Oakland Division of this court.  No response was filed by the December 22, 2009 deadline to do so.  Therefore,

IT IS HEREBY ORDERED that this case be transferred to the San Francisco/Oakland Division of this court.  *See* Civil L.R. 3-2(c) & (d) and 3-5(b).

Dated: *1/8/10*

                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge