1  Samuel Tong, Esq. (SBN ~~218456~~ 236143)

2  20 Great Oaks Blvd Ste 240
   San Jose, CA 95119
3  T: (408) 284-4322; F: (408) 284-4347
   Samuel.tong@professionalrecovery.com
4  Attorney(s) for Defendant,

5

                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
                                                            EMC
8  AUBREY ORCUTT                )   Case No.: CV09-3447 ~~PVT~~
9                                )
        Plaintiff,                )
10                                )
        vs.                       )   SUBSTITUTION OF ATTORNEY
11                                )
   PROFESSIONAL RECOVERY SYSTEMS  )   ORDER
12                                )
        Defendant.                )
13                                )

14

15 THE COURT AND ALL PARTIES ARE NOTIFIED THAT: Professional Recovery Systems,

16 Inc make the following substitution:

17     1. Former legal representative Attorney Samuel Tong Esq.

18     2. New legal representative Attorney Eric F Hartman, Bar No. 083571 at 300 S First St

19        #210, San Jose CA 95113 408-297-7254.

20     3. The party making this substitution is the defendant.

21     4. I consent to this substitution.

22 Date: 1-4-2010

23 Wm Gary Call, CEO Defendant                    > *[signature]*

24     5. I consent to this substitution.

25 Date: 1-4-2010

   Samuel Tong, Esq                              > *[signature]*

                                   - 1 -

                       SUBSTITUTION OF ATTORNEY

6. I consent to this substitution.

Date: 1/10/2010

Eric F Hartman

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate



# PROOF OF SERVICE

State of California, County of Santa Clara

I, <u>Johanna R. Hartman</u>, am a resident of an/or employed in the aforesaid county, State of California :

I am over the age of 18 years and not a party to the within action. My business address is 300 S. First Street, #210, San Jose, Ca. 95113. On <u>January 13, 2010</u>, I served the foregoing :

**Substitution of Attorney**
**Re:**     **Aubrey Orcutt v. Professional Recovery Systems**
**Case No.**     **CV09-3447 PVT**

to the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows :

**Law Office of Todd M. Friedman**
**369 S. Doheny Dr., #415**
**Beverly Hills, Ca. 90211**          Fax 866-633-0228

    **X**     (**By Telecopies**) I caused such document to be telecopied to the telephone number shown herein for the addressee attached hereto, and I telephoned the offices of the said addressee and confirmed that the document was received.

    **X**     (**By Regular Mail**) I caused such envelope with postage thereof fully paid to be placed in the United States mail at San Jose, California.

    _____     (**By Personal Service**) I caused such envelope to be delivered by hand to the offices of the addressee.

    **X**     (**Federal**) I certify (or declare) under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on <u>January 13, 2010</u>.

*Johanna R. Hartman* (signature)
Johanna R. Hartman