1  Samuel Tong, Esq. (SBN 236143)

2  20 Great Oaks Blvd Ste 240
   San Jose, CA 95119
3  T: (408) 284-4322; F: (408) 284-4347
   Samuel.tong@professionalrecovery.com
4  Attorney(s) for Defendant,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| AUBREY ORCUTT | ) Case No.: CV09-3447 EMC |
|---|---|
| Plaintiff, | ) |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| PROFESSIONAL RECOVERY SYSTEMS | ) ORDER |
| Defendant. | ) |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: Professional Recovery Systems, Inc make the following substitution:

1. Former legal representative Attorney Samuel Tong Esq.
2. New legal representative Attorney Eric F Hartman, Bar No. 083571 at 300 S First St #210, San Jose CA 95113 408-297-7254.
3. The party making this substitution is the defendant.
4. I consent to this substitution.

Date: 1-4-2010

Wm Gary Call, CEO Defendant

5. I consent to this substitution.

Date: 1-4-2010

Samuel Tong, Esq

- 1 -

SUBSTITUTION OF ATTORNEY

6. I consent to this substitution.

Date: 1/10/2010

Eric F Hartman

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

- 2 -

SUBSTITUTION OF ATTORNEY

# PROOF OF SERVICE

State of California, County of Santa Clara

I, __Johanna R. Hartman__, am a resident of an/or employed in the aforesaid county, State of California :

I am over the age of 18 years and not a party to the within action. My business address is 300 S. First Street, #210, San Jose, Ca. 95113. On __January 13, 2010,__ I served the foregoing :

**Substitution of Attorney**
**Re:   Aubrey Orcutt v. Professional Recovery Systems**
**Case No.   CV09-3447 PVT**

to the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows :

**Law Office of Todd M. Friedman**
**369 S. Doheny Dr., #415**
**Beverly Hills, Ca. 90211**          **Fax 866-633-0228**

___X___  (**By Telecopies**) I caused such document to be telecopied to the telephone number shown herein for the addressee attached hereto, and I telephoned the offices of the said addressee and confirmed that the document was received.

___X___  (**By Regular Mail**) I caused such envelope with postage thereof fully paid to be placed in the United States mail at San Jose, California.

_____  (**By Personal Service**) I caused such envelope to be delivered by hand to the offices of the addressee.

___X___  (**Federal**) I certify (or declare) under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on __January 13, 2010__.

_____
Johanna R. Hartman