**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUBREY ORCUTT,<br><br>        Plaintiff,<br>vs.<br><br>PROFESSIONAL RECOVERY SYSTEMS,<br><br>        Defendant. | Case No.: **3:09-cv-03447-EMC**<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 5/4/10

_____
The Hon.
Edward
United S

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1

[Proposed] Order